IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/10/19 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| BREANA R. HAYES | : | Bankruptcy No. 19-10813-TPA |
| *Debtor* | : | Chapter 13 |
| | : | Related to Claim No. 6 |
| | : | |

## ORDER

**AND NOW**, this **10th** day of **December, 2019**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("*Notice*") having been filed by **Quicken Loans Inc.** regarding Claim No. 6, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2)    **On or before December 31, 2019**, unless the Trustee first acts pursuant to Paragraph 3, the Debtor shall file either:

(a)    An ***AMENDED CHAPTER 13 PLAN;***
(b)    A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c)    An ***OBJECTION*** to the *Notice* as stated and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(3)    **On or before December 31, 2019,** the Trustee may file an ***Objection*** or ***Motion*** opposing the *Notice* as stated and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(4)    ***The failure of either the Debtors or the Trustee to timely file an Objection or Motion opposing the Notice*** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Thomas P. Agresti, Judge     **jlm**
United States Bankruptcy Court

Case Administrator to serve:
Debtor
Daniel P. Foster, Esq.
James Warmbrodt, Esq.